

# NUMBERS 13-21-00340-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

STETSON KETCHERSID,                                    Appellant,

v.

THE STATE OF TEXAS,                                    Appellee.

---

### On appeal from the 424th District Court
### of Burnet County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Hinojosa, Tijerina, and Silva
### Order Per Curiam

This cause is before the Court on its own motion. The District Clerk's information sheet reflects there is no counsel on appeal; furthermore, appellant's notice of appeal filed with the District Clerk's office requests counsel be appointed for the appeal.

Appointment of new counsel rests within the sound discretion of the trial court. *Carroll v. State*, 176 S.W.3d 249, 255 (Tex. App.--Houston [1st Dist.] 2004, pet. ref'd). In

those circumstances where the appointment of counsel may be necessary, an appellate court should abate the proceeding to the trial court for determination of this issue. Accordingly, we carry the motion, abate the appeal, and remand the cause to the trial court for further proceedings consistent with this order.

Upon remand, the trial court shall determine whether appellant is entitled to court-appointed counsel. If the trial court determines that new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointment counsel, it shall issue such findings. The trial court shall further cause its findings and/or order to be included in a supplemental clerk's record to be filed with the clerk of the court on or before the expiration of thirty days from the date of this order.

It is so ordered.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
29th day of December, 2021.